JOHN A. SCHWIMMER (State Bar No. 109861)
**SUSSMAN SHANK LP**
1000 SW Broadway, Suite 1400
Portland, OR 97205
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Plaintiffs Coldwell Banker Real Estate
Corporation and ERA Franchise Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE CORPORATION and ERA FRANCHISE SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT DO and WAHEED AKHTAR, et al., <br><br> Defendants. | Case No. 2:07-cv-559 <br><br> STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

Plaintiffs COLDWELL BANKER REAL ESTATE CORPORATION and ERA FRANCHISE SYSTEMS, INC., and defendants ROBERT DO and WAHEED & ROBERT, 'LP', a California limited partnership, formerly doing business as ERA ELITE and doing

////

---

wpdocs-mary/do/stip to extend time to answer         -1-

STIPULATION TO EXTEND TIME TO ANSWER

business as ERA PREFERRED PROPERTIES, and TERESA TRAN ("Answering Defendants"), have agreed to extend the time for Answering Defendants to respond to Plaintiffs' complaint up to and including May 21, 2007.

Dated: May 11, 2007                                **SUSSMAN SHANK LP**

/s/_____
John A. Schwimmer, Attorneys for Plaintiffs

**MEEGAN, HANSCHU & KASSENBROCK**

DATED: May 11, 2007                                /s/_____
DAVID M. MEEGAN, Attorneys for Defendants ROBERT DO and WAHEED & ROBERT, 'LP', a California limited partnership, formerly doing business as ERA ELITE and doing business as ERA PREFERRED PROPERTIES, and TERESA TRAN

## ORDER

IT IS SO ORDERED.

Dated:   May 15, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

wpdocs-mary/do/stip to extend time to answer            -2-

_____
STIPULATION TO EXTEND TIME TO ANSWER