```
KAREN M. GOODMAN-117423
GOODMAN & ASSOCIATES
3840 WATT AVE., BLDG A
SACRAMENTO, CA 95821
PHONE:  (916) 643-0600
FACSIMILE:  (916) 643-0605
```

Attorney for Defendants WAHEED AKHTAR and SAJIDA BEGUM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE CORPORATION and ERA FRANCHISE SYSTEMS, INC., <br><br>          Plaintiffs, <br><br>     vs. <br><br> ROBERT DO and WAHEED AKHTAR, individually, formerly doing business as COLDWELL BANKER ALL STATE HOMES ELITE, and doing business as COLDWELL BANKER PROFESSIONALS; WAHEED & ROBERT, 'LP', a California limited partnership, formerly doing business as ERA ELITE and doing business as ERA PREFERRED PROPERTIES; TERESA TRAN; SAJIDA BEGUM; and DOES 1 through 10, <br><br>          Defendants | Case No.: 2:07-CV-00559-LLK-GGH <br><br> STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

      Plaintiffs COLDWELL BANKER REAL ESTATE CORPORATION and ERA FRANCHISE SYSTEMS, INC., and defendants WAHEED AKHTAR and SAJIDA BEGUM (hereinafter "answering defendants") have agreed to extend the time for

STIPULATION TO EXTEND TIME TO RESPOND - 1

Answering Defendants to respond to Plaintiffs' complaint up to and including May 31, 2007.

Dated  5/24/07                              By: /s/_____

                                        John A. Schwimmer, SUSSMAN SHANK, LP, attorneys for plaintiffs

Dated: 5/24/07                              By: /s/_____

                                        Karen M. Goodman, GOODMAN & ASSOCIATES, attorneys for WAHEED AKHTAR and SAJIDA BEGUM

IT IS SO ORDERED.

Dated:  May 29, 2007_____

                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com