UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLDWELL BANKER REAL ESTATE
CORPORATION and ERA
FRANCHISE SYSTEMS, INC.,

                                        NO. CIV. S-07-559 LKK/GGH
          Plaintiffs,

     v.
                                        O R D E R
ROBERT DO and WAHEED AKHTAR,
et al.,

          Defendants.

_____/

     A status conference was held in chambers on August 20, 2007.

After hearing, the court orders as follows:

     1.   A further status conference is set for October 22, 2007

          at 2:30 p.m.

     IT IS SO ORDERED.

     DATED:  August 21, 2007.


                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT

1