UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLDWELL BANKER REAL
ESTATE CORPORATION and
ERA FRANCHISE SYSTEMS, INC.,

        NO. CIV. S-07-559 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

ROBERT DO and WAHEED AKHTAR,
et al.,

    Defendants.
_____/

    The court is in receipt of the parties' status reports and the parties' application to continue the status conference currently set for October 22, 2007 at 2:30 PM. Good cause having been shown, the status conference is CONTINUED to December 10, 2007 at 11:30 AM.

    IT IS SO ORDERED.

    DATED: October 19, 2007.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

1